UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIA NARVAEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No. 24-cv-9416 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Tarnofsky.

  If both parties consent to proceed before Judge Tarnofsky, counsel for the defendant must, **within two weeks of the date of this Order**, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Judge Tarnofsky rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to this Order.

  If either party does not consent to conducting all further proceedings before Judge Tarnofsky, the parties must file a joint letter, **within two weeks of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who**

**do not consent.** At that time, the Court will then refer this case to Judge Tarnofsky for a report and recommendation on any motion for judgment on the pleadings. The parties are free to withhold consent to conducting all further proceedings before Judge Tarnofsky without negative consequences.

Furthermore, the parties' February 6, 2025 application for extensions of the deadlines for filing the certified administrative record and subsequent briefing is granted in part. In light of the Court's pending referral of this matter to Judge Tarnofsky, all current deadlines shall be extended by thirty (30) days and any additional extension requests shall be directed to Judge Tarnosfky. SO ORDERED.

Dated:     February 7, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge