UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MIA NARVAEZ,

                        Plaintiff,                    24 **CIVIL** 9416 (RFT)

   -v-                                                      **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 17, 2025, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

      March 18, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**
                                                        **Deputy Clerk**